
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, RICHARD W. | U.S. DISTRICT COURT , D.D.C. | 09/20/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date ☐ Initial ☐ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2009 | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. HARVARD LAW SCHOOL | JAN. 12 - 16 | CAMBRIDGE, MA | GUEST FACULTY | TRANSPORTATION, SOME MEALS, OTHERS MEALS AND LODGING PROVIDED. |
| 2. VASSAR COLLEGE | OCT. 16 - 17 | POUGH KEEPSIE, NY | AWARDEE | TRANSPORTATION, MEAL, AND LODGING PROVIDED. |
| 3. NEW YORK INTELLECTUAL PROPERTY LAWYERS ASSN. | MAR. 27-28 | NEW YORK, NY | FED. JUDIC. DINNER | TRANSPORTATION. MEALS, AND LODGING PROVIDED. |
| 4. D.C. BAR | JUN. 9, SEPT. 16 | WASHINGTON DC | CLE LECTURER | PARKING |
| 5. LAWYERS WITHOUT BORDERS | JUL. 20 - AUG. 2 | NAIROBI, KENYA | ADVOCACY TRAINING | SOME MEALS AND TRANSPORTATION. OTHER MEALS AND LODGING PROVIDED. |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/ڪ/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/27/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br><br>(1)<br>Amount Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g., div., rent, or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | <br><br><br>(2)<br>Value Method Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g., buy, sell, redemption) | <br><br><br>(2)<br>Date Month-Day | <br><br><br>(3)<br>Value Code 2<br>(J-P) | <br><br><br>(4)<br>Gain Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNTS | D | Interest | M | T | | | | | |
| 2. CITIBANK ACCOUNTS | C | Interest | N | T | | | | | |
| 3. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. SMALL CLAIMS JUDGMENT AGAINST JOHN BOWEN | | None | J | T | | | | | |
| 5. SUNTRUST BANK (IRA) (2CDS) | A | Interest | | | Closed | VAR. | K | A | |
| 6. [ ] 401(K) (FIDELIT ) | A | Int./Div. | M | T | | | | | |
| 7. FEDERATED CAPITAL RESERVES | A | Dividend | J | T | | | | | |
| 8. VCSP COLLEGE AMERICA | | | | | | | | | |
| 9. NUVEEN MULTI-STRATEGY + INC. | A | Dividend | J | T | | | | | |
| 10. [ ] EMPLOYEE STOCK OPTIONS | | None | N | T | GRANT | 2/25 | N | | |
| 11. [ ] EMBARQ STOCK & R ST RICTED STOCK | B | Dividend | M | T | GRANT | VAR. | L | | |
| 12. WACHOVIA ESTATE #2 ACCOUNT | | None | J | T | | | | | |
| 13. WACHOVIA ACCOUNTS #3 | B | Interest | L | T | | | | | |
| 14. CAPITAL WORLD GR + INC FND | A | Dividend | J | T | | | | | |
| 15. WASHINGTON MUT. INVR. FND | A | Dividend | J | T | | | | | |
| 16. EUROPACIFIC GR. FND | A | Dividend | J | T | | | | | |
| 17. EUROPACIFIC GROWTH FUND (RJ IRA ) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09·21/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY ADVISOR NEW INSIGHTS (RJ IRA) | A | Dividend | K | T | | | | | |
| 19. FRANFLIN STRATEGIC INCOME (RJ IRA) | C | Dividend | L | T | Buy | VAR. | J | | |
| 20. SHARES BARCLAYS TIP (RJ IRA) | B | Dividend | K | T | | | | | |
| 21. SHARES BARCLAYS 1-3 YEAR TREAS URY (RJ IRA) | A | Dividend | K | T | | | | | |
| 22. SHARES MSCI EAFE (RJ IRA) | A | Dividend | K | T | | | | | |
| 23. JP MORGAN VALUE ADVANTAGE (RJ IRA) | B | Dividend | L | T | | | | | |
| 24. VANGUARD TOTAL STOCK MARKET (RJ IRA) | A | Int./Div. | M | T | | | | | |
| 25. MORGAN STANLEY CD (RJ IRA) | A | Interest | | | Redeemed | 12/10 | L | A | |
| 26. MERRILL LYNCH CD (RJ) | A | Interest | | | Redeemed | 1/9 | L | A | |
| 27.  STOCK, (RJ) | | None | K | T | | | | | |
| 28. CASH ACCOUNT (RJ IRA) | A | Interest | K | T | | | | | |
| 29. CASH ACCOUNT (RJ) | A | Interest | L | T | Buy | 1/29 | L | | |
| 30. US TREASURY STRIP (RJ IRA) | A | Dividend | K | T | | | | | |
| 31. FIDELITY MUNICIPAL INCOME FD | A | Dividend | J | T | Buy | VAR. | L | | |
| 32. EMBARQ STOCK (RJ) | A | Dividend | | | Transferred (to line 33) | 7/10 | J | | EMBARQ BECAME CENTURY TEL |
| 33. CENTURY TEL STOCK | A | Dividend | K | T | Merged (with line 32) | 7/10 | K | | FROM EMBARQ STOCK |
| 34. ALLY BANK CDS | A | Interest | L | T | Buy | VAR. | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | I =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/27/2010 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DISCOVER BANK CD | A | Interest | K | T | Buy | 11/30 | K | | |
| 36. THE GROWTH FUND OF AMERICA -52 9A, | A | Dividend | J | T | | | | | |
| 37. NEW PERSPECTIVE -529A, | A | Dividend | J | T | | | | | |
| 38. WASH. MUTUAL INV. -529A | A | Dividend | J | T | Sold (part) | VAR. | J | A | |
| 39. THE BOND FUND OF AMERICA 529A, | B | Dividend | K | T | | | | | |
| 40. U.S. GOVERNMENT SECURITIES -529A, | A | Dividend | K | T | Sold (part) | VAR. | J | A | |
| 41. AMERICAN FUND MONEY MARKET -529A, | | None | J | T | Sold (part) | VAR. | J | B | |
| 42. CASH MANAG. TRUST OF AMERICA - 529A, | | None | | | Sold | 6/26 | J | A | |
| 43. THE GROWTH FUND OF AMERICA -52 9A, | A | Dividend | J | T | | | | | |
| 44. NEW PERSPECTIVE -529A, | A | Dividend | K | T | | | | | |
| 45. WASHINGTON MUTUAL INVESTORS -529A, | A | Dividend | K | T | | | | | |
| 46. THE BOND FUND OF AMERICA -529A, | B | Dividend | K | T | | | | | |
| 47. U.S. GOVERNMENT SECURITIES -529A, | A | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500         C =$2,501 - $5,000          D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 5. SUNTRUST BANK (IRA) (2CDS) WERE CLOSED ON JANUARY 10, 2009 - $9,333.16 AND APRIL 22, 2009 - $6281.67.

VII. 8. VCSP COLLEGE AMERICA SHARES, PREVIOUSLY LISTED AS A SINGLE ACCOUNT, ARE REPORTED AS SEPARATED ACCOUNTS FROM LINES 36-47 TO DISCLOSE THE FUNDS' TRANSACTIONS.

VII. 10. THIS INVESTMENT REFLECTS STOCK OPTIONS THAT WERE GRANTED ON FEBRUARY 25, 2009 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK OPTIONS OWNED AS OF DECEMBER 31, 2009.

VII. 11. THIS INVESTMENT REFLECTS STOCK THAT WAS GRANTED ON FEBRUARY 7, FEBRUARY 18, AND MARCH 31, 2009 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK ( NOT OTHERWISE REPORTED HEREIN) OWNED AS OF DECEMEBR 31, 2009.

VII. 19. THIS INVESTMENT REFLECTS STOCKS (FRSTX) THAT WERE ACQUIRED ON VARIOUS DATES. QUANTITIES AND AMOUNTS AS FOLLOWS: 1/6/2009 37.927L $317.45, 2/3/2009 28.553L $242.7, 2/4/2009 175.644 $1,500 00, 2/5/2009 0.785L $6.67, 3/3/2009 30.326L $250.49, 3/4/2009 180.072L $1,500.00, 3/5/2009 0.828L $6.84, 4/2/2009 30.667L $258.52, 4/6/2009 177.936L $1,500.00, 5/4/2009 30.278L $266.45, 5/6/2009 170.455L $1,500.00, 6/2/2009 30.418L $274.07, 6/4/2009 166.482L $1,500.00, 7/2/2009 30.839L $281.56, 7/7/2009 164.294L $1,500.00, 8/4/2009 30.514L $288.97, 9/2/2009 30.54L $290.13L, 10/1/2009 8.465L $82.79, 11/2/2009 37.433L $367.59, 12/1/2009 36.874L 363.21, AND 12/31/2009 35.113L $348.67.

VII. 27. EMBARQ STOCK, PREVIOUSLY LISTED ALONG WITH [ ] STOCK, IS TREATED SEPARATELY ON LINE 32.

VII. 31. THIS INVESTMENT REFLECTS STOCKS (FMPIX) THAT WERE ACQUIRED ON VARIOUS DATES, QUANTITIES, AND AMOUNTS AS FOLLOWS: 10/13/2009 391.236L $5,000, 11/2/2009 0.81L $10.12, 11/19/2009 401.284L $5,000, 12/1/2009 1.826L $22.82, AND 12/18/2009 398.406L $5,000.

VII. 34. ON MARCH 22, 2009 AND MAY 5, 2009 ALLY BANKS CDS WERE PURCHASED.

VII. 38. 40. FUND-529A, SHARES WERE SOLD (PART) FROM JUNE TO DECEMBER, 2009 TO PAY QUALIFIED COLLEGE TUITION COST.

VII. 41. FUND-529A, SHARES WERE SOLD (PART) FROM JULY TO DECEMBER, 2009 TO PAY QUALIFIED COLLEGE TUITION COST.

VII. 42. FUND-529A, SHARES WERE SOLD ON JUNE 26, 2009 TO PAY QUALIFIED COLLEGE TUITION COST.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 09/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544